IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF NORTH CAROLINA
CHARLOTTE DIVISION
3:16-cv-00387-GCM
(3:97-cr-00002-GCM-1)

| | |
|---|---|
| WILLIAM LANCE MORGAN, ) </br> ) </br> Petitioner, ) </br> ) </br> v. ) </br> ) </br> UNITED STATES OF AMERICA, ) </br> ) </br> Respondent. ) </br> ) | **ORDER** |

**THIS MATTER** is before the Court on consideration of the Respondent's motion to stay disposition of this collateral proceeding. (Doc. No. 5).

Respondent moves for a 60-day extension from the date the Fourth Circuit decides United States v. Ali, No. 15-4433 (4th Cir.), to file a response to Petitioner's § 2255 Motion to Vacate. Respondent contends that the issues before the Circuit court – whether robbery under the Hobbs Act and conspiracy to commit robbery – are "crimes of violence" under 18 U.S.C. § 924(c)(2) following the Supreme Court's decision in Johnson v. United States, 135 S. Ct. 2551 (2015) are relevant to Petitioner's case.

Because issues involved in the Ali case are likely relevant to resolution of Petitioner's case, and noting no objection from Petitioner, the Court will grant Respondent's motion.

**IT IS, THEREFORE, ORDERED** that Respondent's motion to stay is **GRANTED**, (Doc. No. 5), and Respondent shall have 60-days from the date the Circuit court renders its decision in United States v. Ali to file a response to Petitioner's § 2255 Motion to Vacate. Petitioner may file a reply consistent with the Local Rules for this District.

1

**SO ORDERED**.

Signed: August 5, 2016

Graham C. Mullen
United States District Judge