UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF NORTH CAROLINA
CHARLOTTE DIVISION
3:16-cv-387-GCM
(3:97-cr-2-RJC-1)

| WILLIAM LANCE MORGAN, | ) | |
|---|---|---|
| Petitioner, | ) | |
| vs. | ) | ORDER |
| UNITED STATES OF AMERICA, | ) | |
| Respondent. | ) | |

**THIS MATTER** is before the Court on the Government's Motion to Stay Proceedings on Motion Under 28 U.S.C. § 2255, (Doc. No. 17).

Petitioner filed a Motion to Vacate, Set Aside or Correct Sentence under 28 U.S.C. § 2255 raising a <u>Johnson v. United States</u>, 576 U.S. 591 (2015) challenge to his conviction for violating 18 U.S.C. § 924(c). (Doc. No. 1). The Court stayed this matter for several years pending developments in the case law. <u>See</u> (Doc. No. 6). The case was most recently stayed pursuant to <u>United States v. Taylor</u>, 979 F.3d 203 (4th Cir. 2020), in which the Fourth Circuit issued an amended decision on November 4, 2020. (Doc. Nos. 14, 16).

The Government now asks the Court to stay this case pending the United States Supreme Court's consideration of a certiorari petition that was docketed on April 16, 2021 in <u>United States v. Taylor</u>, No. 20-1459. Counsel for Petitioner does not oppose the stay. <u>See</u> (Doc. No. 17 at 2).

The Court finds that a stay of these proceedings is in the interest of justice and judicial economy. The Government's Motion will therefore be granted and this case will be stayed

1

pending the Supreme Court's resolution of Taylor on certiorari review.

**IT IS, THEREFORE, ORDERED** that:

1. The Government's Motion to Stay Proceedings on Motion Under 28 U.S.C. § 2255, (Doc. No. 17), is **GRANTED**.

2. The Government shall file a Response within 30 days after the U.S. Supreme Court denies certiorari or issues its decision in United States v. Taylor, No. 20-1459.

Signed: April 22, 2021

Graham C. Mullen
United States District Judge

2

Case 3:16-cv-00387-GCM   Document 18   Filed 04/22/21   Page 2 of 2