# United States District Court
# Western District of North Carolina
# Charlotte Division

| | | |
|---|---|---|
| **WILLIAM LANCE MORGAN,,** | ) | JUDGMENT IN CASE |
| | ) | |
| Petitioner(s), | ) | 3:16-cv-387-GCM |
| | ) | 3:97-cr-2-RJC-1 |
| vs. | ) | |
| | ) | |
| **UNITED STATES OF AMERICA,,** | ) | |
| Respondent(s). | ) | |

DECISION BY COURT. This action having come before the Court and a decision having been rendered.

IT IS ORDERED AND ADJUDGED that Judgment is hereby entered in accordance with the Court's August 31, 2022 Order.

August 31, 2022

Frank G. Johns, Clerk
United States District Court